# PLAINTIFFS' LIST OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Title |
|---|---|
| 1 | Letter from Stephen Calloway, RPh, Director of Pharmacy, MO HealthNet Division, Department of Social Services to Joel Ferber and Jamie Rodriguez, Legal Services of Eastern Missouri (June 23, 2016) |
| 2 | Declaration of Bruce Raymond Bacon, MD (October 7, 2016) |
| 3 | Declaration of Jaquelyn Fleckenstein, MD, FACP (October 11, 2016) |
| 4 | Declaration of J.E.M. (October 10, 2016) |
| 5 | Declaration of J.L.M. (October 7, 2016) |
| 6 | Declaration of Shirley Campbell, FNP, BC (October 7, 2016) |
| 7 | Missouri Pharmacy Program- Preferred Drug List: Hepatitis C Therapy (October 1, 2015) |
| 8 | Missouri Department of Social Services, 2015 Department Overview, 2015 |
| 9 | Hepatitis C Therapy PDL Edit: Flowchart (March 5, 2015) |
| 10 | State of Missouri Medicaid Helpdesk Status Report (September 4, 2016) |
| 11 | State of Missouri Medicaid Helpdesk Status Report (June 2, 2016) |
| 12 | Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicaid Drug Rebate Program Notice: Release No. 172 (November 5, 2015) |
| 13 | Judith Graham, "VA Extends New Hepatitis C Drugs to All Veterans in its Health System," The Journal of the American Medical Association (September 6, 2016) |