UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

J.E.M., J.L.M.,

      Plaintiffs,

v.

BRIAN KINKADE, in his official capacity as Director of the Missouri Department of Social Services; and
JOE PARKS, M.D., in his official capacity as Director of the MO HealthNet Division,

      Defendants.

Case No. 2:16-cv-04273-NKL

## ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

Comes now Jamie L. Rodriguez, Missouri Bar No. 64323, and hereby enters her appearance as Additional Counsel for Plaintiffs.

Respectfully submitted,

/s/ Jamie L. Rodriguez
Jamie L. Rodriguez # 64323
Legal Services of Eastern Missouri, Inc.
4232 Forest Park Avenue
St. Louis, Missouri 63108
(314) 534-4200  telephone
(314) 534-1028  facsimile
jlrodriguez@lsem.org